◆ AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| KELLI CATANESE, ROSS CORRIETTE and JAMES WALDRON, individually and on behalf of all others similarly situated<br><br>Plaintiff (s),<br>V.<br>UNILVER d/b/a BREYERS<br>Defendant (s), | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** ; ORDER<br><br>CASE NUMBER: 3:11-cv-01811 EMC |

Notice is hereby given that, subject to approval by the court, __UNILEVER d/b/a BREYERS__ substitutes
(Party (s) Name)

__William L. Stern__, State Bar No. __96105__ as counsel of record in
(Name of New Attorney)

place of __Ronald J. Levine and Aviva Y. Wein, Herrick Feinstein LLP.__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:     Morrison & Foerster
Address:       425 Market Street, San Francisco, CA 94105
Telephone:     (415) 268-7000            Facsimile (415) 268-7522
E-Mail (Optional): wstern@mofo.com

I consent to the above substitution.
Date: 4/15/11

*(Signature of Party (s))*
UNILEVER d/b/a BREYERS

I consent to being substituted.
Date: 4/15/11

Ronald J. Levine
Aviva Y. Wein
*(Signature of Former Attorney (s))*
Aviva Y. Wein

I consent to the above substitution.
Date: 4-25-11

*(Signature of New Attorney)*
William L. Stern

The substitution of attorney is hereby approved and so ORDERED.

Date: 4/25/11

**IT IS SO ORDERED**
Judge Edward M. Chen

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]