AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

## Northern District of California

KELLI CATANESE, ROSS CORRIETTE and JAMES WALDRON, individually and on behalf of all others similarly situated

Plaintiff (s),

V.

UNILVER d/b/a BREYERS

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** ; ORDER

CASE NUMBER: 3:11-cv-01811 EMC

Notice is hereby given that, subject to approval by the court, __UNILEVER d/b/a BREYERS__ substitutes
(Party (s) Name)

__William L. Stern__, State Bar No. __96105__ as counsel of record in
(Name of New Attorney)

place of __Ronald J. Levine and Aviva Y. Wein, Herrick Feinstein LLP.__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Morrison & Foerster
Address: 425 Market Street, San Francisco, CA 94105
Telephone: (415) 268-7000        Facsimile (415) 268-7522
E-Mail (Optional): wstern@mofo.com

I consent to the above substitution.
Date: 4/15/11

(Signature of Party (s))
UNILEVER d/b/a BREYERS

I consent to being substituted.
Date: 4/15/11

(Signature of Former Attorney (s))
Aviva Y. Wein

I consent to the above substitution.
Date: 4-25-11

(Signature of New Attorney)
William L. Stern

The substitution of attorney is hereby approved and so ORDERED.

Date: 4/25/11

IT IS SO ORDERED
Judge Edward M. Chen

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]