1   WILLIAM L. STERN (CA SBN 96105)
    WStern@mofo.com
2   JANELLE J. SAHOURIA (CA SBN 253699)
    JSahouria@mofo.com
3   MORRISON & FOERSTER LLP
    425 Market Street
4   San Francisco, California  94105-2482
    Telephone: 415.268.7000
5   Facsimile: 415.268.7522

6   Attorneys for Defendants
    UNILEVER d/b/a BREYERS
7

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                        OAKLAND DIVISION

12

13  KELLI CATANESE, ROSS CORRIETTE and          Case No.      11-CV-01811-PJH
    JAMES WALDRON, individually and on behalf
14  of all others similarly situated,           **JOINT STIPULATION AND
                                                [PROPOSED] ORDER
15                      Plaintiffs,             ALLOWING PARTIES TO
                                                ENGAGE IN PRIVATE ADR**
16          v.

17  UNILEVER d/b/a BREYERS,                     Judge:  Hon. Phyllis J. Hamilton
                                                Action Filed:  September 29, 2010
18                      Defendant.

19

20

21

22

23

24

25

26

27

28

1    Pursuant to ADR L.R. 3-4(b), the parties in *Kelli Catanese, Ross Corriette and James*

2  *Waldron v. Unilever d/b/a Breyers*, Case No. 11-cv-01811-PJH (N.D. Cal.) ("*Catanese*"), hereby

3  stipulate and agree as follows:

4    WHEREAS, the parties in *Catanese* have met and conferred and desire to opt-out of the

5  court-sponsored ADR program and to mediate the case before a private mediator;

6    WHEREAS, the parties request that the deadline to participate in ADR be October 23,

7  2011 to allow the parties sufficient time to participate in ADR.

8    NOW, THEREFORE, it is stipulated by and between the parties, by and through their

9  respective attorneys of record, subject to Court approval as follows:

10    The parties in *Catanese* will participate in a private mediation conducted by a private

11  mediator.

12    The deadline to complete the mediation is October 23, 2011.

13

14  Dated: June 17, 2011                    WILLIAM L. STERN
                                            JANELLE J. SAHOURIA
15                                          MORRISON & FOERSTER LLP

16

17                                          By: /s/ Janelle J. Sahouria
                                                 JANELLE J. SAHOURIA
18
                                            Attorneys for Defendant in *Catanese*
19

20  Dated: June 17, 2011                    MARK C. GARDY
         -                                  JAMES S. NOTIS
21                                          KELLY A. NOTO
                                            JENNIFER SARNELLI
22                                          GARDY & NOTIS, LLP

23

24                                          By: /s/ Jennifer Sarnelli
                                                 Jennifer Sarnelli
25
                                            Attorneys for Plaintiffs in *Catanese*
26

27

28

1

## ECF ATTESTATION

2      I, Janelle J. Sahouria, am the ECF User whose ID and Password are being used to file this:

3  JOINT STIPULATION AND [PROPOSED] ORDER ALLOWING PARTIES TO ENGAGE IN

4  PRIVATE ADR.

5      In compliance with General Order 45, X.B., I hereby attest that Jennifer Sarnelli has

6  concurred in this filing.

7      Dated: June 17, 2011            MORRISON & FOERSTER LLP

8

9                                By:  /s/ Janelle J. Sahouria

10                                     Janelle J. Sahouria

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

**PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.**

3    Dated: _6/20/11_____

4                                                        _____
                                                        HONORABLE PHYLLIS J. HAMILTON

5                                                        United States District Court Judge

6

7

8

9

IT IS SO ORDERED

Judge Phyllis J. Hamilton

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28