Jennifer Sarnelli (Cal. Bar No. 242510)
jsarnelli@gardylaw.com
**GARDY & NOTIS, LLP**
560 Sylvan Avenue
Englewood Cliffs, NJ 07632
Tel: 201-567-7377
Fax: 201-567-7337

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLI CATANESE, ROSS CORRIETTE and JAMES WALDRON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>- against-<br><br>UNILEVER d/b/a BREYERS,<br><br>Defendant. | No. C 11-1811 PJH<br><br>**NOTICE OF VOLUNTARY DISMISSAL** AND ORDER |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

WHEREAS, plaintiff Kelli Catanese ("Catanese") filed a class action complaint on behalf of herself and all others similarly situated against Unilever d/b/a Breyers on November 4, 2010; and

NOW, THEREFORE, NOTICE IS HEREBY GIVEN that, pursuant to Fed. R. Civ. P. 41(a)(2), plaintiff Catanese voluntarily dismisses her Complaint and her claims for relief alleged therein without prejudice, and each side to bear its own costs. Gardy & Notis, LLP withdraws from representation of plaintiff Catanese's interest in this action. Gardy & Notis, LLP will continue to represent Plaintiffs Ross Corriette and James Waldron, who will continue to actively pursue their claims in this matter.

1   Neither plaintiff Catanese nor her counsel have received or will be given any
2   consideration, directly or indirectly, for plaintiff Catanese's voluntary dismissal of
3   her claims.

DATED:  July 12, 2011                    Respectfully submitted,

/s/ Jennifer Sarnelli
Jennifer Sarnelli (Cal. Bar No. 242510)
jsarnelli@gardylaw.com
**GARDY & NOTIS, LLP**
560 Sylvan Avenue
Englewood Cliffs, NJ 07632
Tel: 201-567-7377
Fax: 201-567-7337

*Attorneys for Plaintiffs*

**[PROPOSED] ORDER**

IT IS SO ORDERED.

DATED: _July 15_____, 2011          _____
                                       Hon. Phyllis J. Hamilton
                                       United States District Court Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Phyllis J. Hamilton]

2
NOTICE OF VOLUNTARY DISMISSAL